UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-24241-BLOOM/Elfenbein

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

PANNON INVESTMENT ADVISORS LLC and
DUSAN VARGA,

        Defendants.
_____/

## JOINT MOTION TO STAY CASE

Plaintiff Securities and Exchange Commission ("Commission") and Defendants Pannon Investment Advisors LLC and Dusan Varga ("Defendants") (collectively, the "Parties"), jointly move to stay this case and in support state as follows:

**A. Procedural Posture of Case**

On October 30, 2024, the Commission filed its Complaint against Defendants alleging, among other things, that from May 2020 to at least January 2024, Defendants raised approximately $1.6 million from at least 20 investors, through a series of unregistered and fraudulent offerings. As a result of their conduct, the Complaint alleges that Defendants violated Sections 5(a), 5(c) and 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §§ 77e(a) and (c) and 77q(a)]; Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5]; and Sections 206(1), 206(2), and 206(4) and Rule 206(4)-8 thereunder of the Investment Advisers Act of 1940 ("Advisers Act") [15 U.S.C. §§ 80b-6(1), (2), and (4) and 17 C.F.R. § 275.206(4)-8]. The Commission's Complaint seeks permanent

injunctive relief, disgorgement plus prejudgment interest, and civil penalties against Defendants and additionally, an officer and director bar against Dusan Varga. See Complaint, DE 1.

On November 1, 2024, the Court entered Judgments by consent, which resolved issues of liability and provided for entry of non-monetary relief against the Defendants. (DE 6 and 7). Thus, the only remaining issues in this case are the Commission's claims for disgorgement with prejudgment interest and civil penalties against Defendants which, pursuant to the terms of the consented to Judgments, will be determined by the Court upon the Commission's motion.

Related to the remaining monetary claims, the Parties have Court-ordered mediation scheduled for July 24, 2025. (DE 19).

### B. Potential Criminal Charges

The Parties are aware that there is an ongoing criminal investigation related to the facts alleged in the Commission's Complaint, that may lead to charges being brought against one or more of the Defendants.

### C. Request to Stay this Civil Matter

The Commission's request for monetary relief of disgorgement and penalties in this civil case might be impacted by a criminal judgment and conviction based on the same underlying facts. Therefore, conducting mediation at this time would be unproductive in light of the uncertainty surrounding the criminal matter. Likewise, pursuing further motion practice to set disgorgement and penalty amounts may result in waste of judicial resources. Thus, the Parties seek to stay this civil matter, including mediation, pending any criminal matter.

During the pendency of the stay, the Parties propose that they submit status updates no less than every 60 days to inform the Court of any reportable progress related to the criminal matter.

This joint motion is not made for any improper purpose or to unduly delay these proceedings, and is made in the balance of equities in light of the circumstances presented.

**WHEREFORE**, for good cause shown, the Parties respectfully request the Court grant a stay of this case, including mediation, and require that the Parties file status updates to the Court every 60 days.

Dated:  July 10, 2025                            Respectfully submitted,

| | |
|---|---|
| **/s/ Christine Nestor** | **/s/ David S. Weinstein** |
| Christine Nestor, Esq. | David S. Weinstein, Esq. |
| Senior Trial Counsel | Florida Bar No. 749214 |
| Fla. Bar No. 597211 | JONES WALKER LLP |
| Direct Dial: (305) 982-6367 | 201 S. Biscayne Blvd. Thirtieth Floor |
| E-mail: nestorc@sec.gov | Miami, Florida 33131 |
| Attorney for Plaintiff | Telephone: 305-679-5700 |
| **Securities and Exchange Commission** | Facsimile: 305-679-5710 |
| 801 Brickell Avenue, Suite 1950 | Email: dweinstein@joneswalker.com |
| Miami, Florida 33131 | Attorney for Defendants Pannon and Dusan |
| Telephone: (305) 982-6300 | Varga |

*Counsel for the Defendants has consented to the Plaintiff making this Joint filing and using his e-signature for this filing.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 10, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record, or service will be by means denoted below, upon the below list of counsel.

By:   *s/ Christine Nestor*
         Christine Nestor

## SERVICE LIST

David S. Weinstein, Esq.
Jones Walker LLP
201 S Biscayne Blvd, Ste 3000
Miami, FL 33131
305-679-5754
dweinstein@joneswalker.com
*Via CM/ECF*
*Counsel for Defendants*